NANCY E. BRADLEY, *Administratrix, etc., Respondent, v.* NELSON A. MIRICK, *Appellant.*— Motion for reargument denied. (See 81 N. Y., 260 ; 27 id., 9; 22 Wend., 526.)

MARY A. WARNER, *Respondent, v.* MARY HENDERSON, *Appellant.*— Motion for reargument granted.

JOSEPH F. McCORMICK *v.* THE CITY OF SYRACUSE. — Motion for leave to appeal to the Court of Appeals granted, on the ground that the case involves a question of law which ought to be reviewed by that court.

ANNA MALLY, *Respondent, v.* THE VILLAGE OF LITTLE FALLS, *Appellant.* — Motion granted, with ten dollars costs, with leave to defendant to answer within twenty days, on payment of costs of the demurrer and of this motion.

JOHN B. LESTER, *Respondent, v.* PETER CROWLEY, *Appellant.*— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant shall serve within ten days three printed copies of the complaint and answer used on the motion below, which have been omitted from the copies of the case served, and pay ten dollars costs of this motion, in which case the motion is denied.

EDWARD HOOPER, *Respondent, v.* SAMUEL C. CUMMINGS, *Appellant.* — Order reversed, with ten dollars costs and disbursements. Opinion filed with clerk of Onondaga county.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* MICHAEL AUER, *Appellant, v.* CLAYTON C. BROWN, *Respondent.* — So much of the judgment appealed from as imposes costs and disbursements upon Auer reversed, and in all other respects the judgment affirmed, without costs of this appeal to either party.

ELIZABETH E. OLIVER, *Respondent, v.* JOHN N. OLIVER, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

JACOB WILLIAMS, *Respondent, v.* HANNAH WILLIAMS, *Appellant.*— Order of Special Term affirmed.

JOHN McLANE, *Respondent, v.* ROBERT G. DORR, *Appellant.* — Judgment affirmed.

EMERSON J. CARY, *Respondent, v.* THE MASSACHUSETTS PAPER COMPANY, *Defendant.* FRANK RYDER, *Appellant, v.* PHILO CLINE.— Order appealed from affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF THE PETITION OF THE LOCKPORT AND BUFFALO RAILROAD COMPANY FOR AUTHORITY TO USE A HIGHWAY IN THE TOWN OF WHEATFIELD, NIAGARA COUNTY. — Order affirmed, with ten dollars costs and disbursements.

THOMAS KELLY, *Respondent, v.* JAMES J. McMAHON, *Appellant.*— Order appealed from affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF PROVING THE LAST WILL AND TESTAMENT OF GEORGE PFISTER, *Deceased.* — Decree of surrogate affirmed, with costs.